UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DORA, | |
| Plaintiff, | 1:24-cv-02664 |
| v. | |
| ACCENTURE PLC, | APRIL 8, 2024 |
| Defendant. | |

## MOTION TO SEAL AND REDACT

The Plaintiff, Charles Dora (hereinafter, "Plaintiff"), by and through the undersigned counsel, Carey & Associates, P.C., files the instant motion to seal and redact. Plaintiff was required to redact portions of the Complaint pursuant to The Defend Trade Secrets Act, 18 U.S.C. § 1836. An unredacted Complaint with exhibits has been filed electronically via ECF.

Plaintiff respectfully requests that the Court grant the instant motion.

Respectfully submitted,
PLAINTIFF
CHARLES DORA

By: /s/_____

Mark P. Carey (MC6798)
Carey & Associates, P.C.
71 Old Post Road, Suite 1
Southport, CT 06890
(203) 255-4150 tel.
(203) 255-0380 fax
mcarey@capclaw.com
*His Attorneys*

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

4/10/24

1

## CERTIFICATE OF SERVICE

The instant motion was filed electronically with the Court's ECF system on this the 8th day of April, 2024 and electronically served on all parties filing an appearance in this matter.

/s/
Mark P. Carey